Christopher, Clerk
1st Court oF Appeals
301 Fannin
Houston, Texas 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 11 2015

CHRISTOPHER A. PRINE

CLERK

September 8, 2015

Re: Luis Carlos Rodriguez #01947189
Court oF Appeals Number: 01-14-00774-CR

Dear: sir

With all do respect my name is Luis Carlos Rodriguez
on appeals For the trial case number: 07-DCR-046309
above the 240th District Court in Fort Bend County _
Richmond, Texas 77469

I would like to Know can you help me with my complaints
with Fort Bend County Court.

I would like to Know, Is there any chance you can send me
a copy oF my trial transcripts, iF be only the reporter's record?
and iF you could ask my trial lawyer, Mr James Stevens,
iF he can send to me my deFense File and discovery, I had
asked him For these items beFore but to no avail.

I asked to my Appellate Attorney, Mr Stephen A. Doggett too
For the court reporter's record and For my Appellant brieF
but he do not want to send me nothing and Mr. Stephen
he do not want to inFormed to me, about the status oF
my appellate proceedings.

cc:
C Rodriguez/File

because my Appellate Attorney, he say, all of the notices from the Appeals were being send to you trial counsel, James Stevens, I have been give a 60 day extension from July 16, 2015, to file your brief.

I was in Fort Bend County Jail, for 7 years, 7 months, 16 days and They never give me my right to speddy trial and their never give me any Legal document about the proceedings of my case or my defense file, they made me wait for 7 years and half before I went to trial, they changed my statement twice before I went to trial, they destroyed the original DVD video of the interview and original transcript of supposedly my statement, they removed and lost evidence of the scene of the crime and I never have received, when I was in county for 7 years, 7 months, 16 days any Legal written noticed that evidence in my case of Capital Murder has been destroyed I've been Fakely accused and convicted for Capital Murder given life without Parole, I explain to my Appellate Attorney what is the real problem with my case, why the Judge Thomas R. Culver III, the District Attorney and my trial Lawyer Mr James Steven, they destroyed the original DVD video of the interview and why they changed my statement twice before I went to trial and also I told Mr Doggett why they tried to keep the original statement out of evidence and the original DVD video of the interview, because they say we do not destroyed the video because they never get the original video but everyone had a copy, where is the origenal video nobody know that

CC:
 C Rodriguez/File

But the real problem I told to my trial Lawyer Mr James Stevens and to my Appellate Attorney Stephen A. Doggett the copy's they made it From the original DVD vide oF the interview and the original statement. do not show up everything we said and we did, the day oF the interrogation. the copy's they made it do not show up everything happened in the interview Mr. Stephen, he told me, the appeals is based on the clerk and court reporter's record, so there is nothing you can tell me that I can use in the appeal. IF you want, write me to explain. Yes I understand, the appeal is based on the clerk and court reporter's record, the only I don't understand why they do not wanted to give me my all Legal document about the proceedings oF my case or my daFense File, why they ignored me like this all the time, I been here 1 year in T.D.C.J and I don't have nothing yet oF my Legal document oF the proceedings oF my case

I don't Know exactly how many time I have spoke to the complainant with Mr. James Stevens, but he told to the State Bar oF Texas I am not Keeping him apprised oF what is happening in his case or what evidence against him is iF that is accurate, I am, in other words, ignoring his case either intentionally or negligently and not Keeping him inFormed oF the status oF his case, I told Mr James Stevens I do not want you to represent me on appeal I was not pleased with your work on my trial, I have Filed previous complaints against you, It is not is my best interest that you continue to represent me, but Mr James Stevens, he do not want to waive From my case and what happening

CC:
  C Rodriguez/File

Now, my Appellate Attorney, he told me all of the notice From the Court of Appeals were being sent to your trial counsel, James Stevens. why Mr James Steven, why not my Appellate Attorney, I Know why, the Judge Thomas R. Culver III, the District Attorney and my trial Lawyer James Stevens, they Lied and tricked to everybody about the real incident of my Trial process. I can prove to wrong doing in my process, because, the Judge Thomas R. Culver III, the D.A, the Dectectives and my trial Lawyer too, they say and said in my trial. I did to commit the crime and confess to Kill Arnulfo Aguilar, when I never said that but supposedly I confess to did the Murder, they say that why they changed supposedly my statement twice before I went to trial, why they destroyed the original DVD video of the interview and the original transcript of my statement, why they removed and lost evidence of the scene of the crime, they brought False witnesses to testify against me, because they give it a False testimony in my trial, they Know that and they Know exacty what I'm talking about, this what happened the day of the interview, when they made me the interrogation, I refused to talk with the Detectives without the presences of a Lawyer but they told me that if I did not talk I was automatic guilty, why they never to did the interview stop when I refuse to talk without the presences of a Lawyer, when they made me talk, the First I did, I asked to speak with a Lawyer during the interview and when I asked For a Lawyer they never stop it, the interview, they Kept on talking. I requested For a Lawyer three times

CC:
C. Rodriguez/File

And they refuse me three times to give me a Lawyer and was told that if I need a Attorney to hire one and again I was refused, me begging for an Attorney is in the original DVD video that destroyed. Even thought I refused several times, they made me sign a statement, when I refused to sign because I told them that was in English, which I did not know what I was signing because I can't read and write English, they lied, tricked and coerced to me, because they told me, come on sign here in the paper is nothing bad, we not put in the paper you kill it somebody, they told me don't worry it this paper is nothing bad please sign here, but before they made me sign, I asked to them, where is the camara video they told me over head in the corner, I asked to them the video camara is working now, they said yes, the video camara is on and the camara is recording and engraving everything happening and everything we do and talk, but they say, we lost the original DVD video, and when I was in Fort Bend County Jail for 7 yrs, 7 months, 16 days, they took the samples of DNA from me, twice first time in 2007 and second time 2014 because they found blood in the scene of crime but the blood that they found on the scene of the crime was proven not to be mine according to DNA testing, because they get negatives results of the test's, they don't have any eyewitnesses or deadly weapon, but they will not allow me to testify, they know, they have it big problem with my case and I know that, thats why they lied to everyone about the real trueth of my case

CC:
C Rodriguez/File

there's much more to all this so please I need to somebody to help me with my problem with Fort Bend County Court I need somebody to come and personally interview me somebody have to do something to respect about this and I do not want my trial Lawyer James Stevens not more and I do not want my Appellate Attorney Stephen A Doggett not more too 7 years, 7 months, 16 days in Fort Bend County Jail, For Capital Murder and they made me wait in county For 7 years and half before I went to trial and they never give me my right to speddy trial, I would like to know iF I can move my Appellate case to other county.

Thank you For you diligence, time and consideration on this Legal matter.

Respectfully your.

*Luis C. Rodriguez*

Luis C. Rodriguez No #01947189
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

CC:
C: Rodriguez/File



Luis Carlos Rodriguez #01947169
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

9/06/15

Legal mail

MAIL RECEIVED

NORTH HOUSTON TX 773

10 SEP 2015 PM 9 1

Christopher, Clerk
1st Court of Appeals
301 Fannin
Houston Texas 77002066

7700220b699